# EXHIBIT A

# In the Superior Court of the State of California

in and for the County of ___Riverside___

# Abstract of Judgment

## Commitment to State Prison

Dept. No. __8__    Case No. __CR-14102__    Present: __ITY__

The People of the State of California

Hon. __JOHN H. HEWS__
*Judge of the Superior Court*
District Attorney by
J. Hanks, Deputy
*Prosecuting Attorney*
Public Defender by
J. Earley, Deputy
*Counsel for Defendant*

vs.

ROBERT GEORGE COTE, JR.    Defendant.

This certifies that on the __24th__ day of __February__, 19__77__, judgment of conviction of the above-named defendant was entered as follows:

(1) In Case No. __CR-14102__ Count No. __I__ he was convicted by __Court__ ; on his plea of __Not Guilty__
(court or jury)

__and Not Guilty by reasons of insanity__
(guilty, not guilty, former conviction or acquittal, once in jeopardy, not guilty by reason of insanity)

of the crime of __Murder, 1st degree__

(designation of crime and degree if any, including fact that it constitutes a second subsequent conviction of same offense if that affects the sentence.)

in violation of __Section 187 of the Penal Code__
(reference to Code or Statute, including Section and Subsection thereof, if any violated)

with prior felony convictions as follows:

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|------|------------------|-------|-------------|
| None |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Defendant has been held in jail custody for __159__ days as a result of the same criminal act or acts for which he has been convicted. (As of 2-24-77)

Defendant __was or was not__ armed with a deadly weapon at the time of his commission of the offense or a concealed deadly weapon at the time of his arrest within the meaning of Sections 969c and 3024 of the Penal Code. No findings.
(was or was not)

Defendant __was or was not__ armed with a deadly weapon at the time of his commission of the offense within the meaning of Sections 969c and 12022 of the Penal Code. No findings.
(was or was not)

Defendant __used or did not use__ a firearm in his commission of the offense within the meaning of Sections 969d and 12022.5 of the Penal Code. No findings.
(used or did not use)

(Repeat foregoing with respect to each count of which defendant was convicted.)

## ABSTRACT OF JUDGMENT

GA-6 (Rev. 6/73)

(2) Defendant _____ adjudged a habitual criminal within the meaning of Subdivision _____ of Section 644 of the Penal
(was or was not)                                                                                        (a or b)

Code; and the defendant _____ a habitual criminal in accordance with Subdivision (c) of that Section. No findings.
(is or is not)

(3) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the said defendant be punished by imprisonment in
the State Prison of the State of California for the term provided by law, and that he be remanded to the Sheriff of the County
of ____Riverside____ and by him delivered to the Director of Corrections of the State of California at _____

the California Institution for Men, Chino, California

It is ordered that sentences shall be served in respect to one another as follows (concurrently or consecutively as to each count):

_____

_____

_____

and in respect to any prior incompleted sentence(s) as follows (concurrently or consecutively as to all incomplete sentences
from other jurisdictions):

_____

(4) To the Sheriff of the County of ____Riverside____ and to the Director of Corrections at the _____
California Institution for Men, Chino, California
pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above-named defendant into the
custody of the Director of Corrections at the California Institution for Men, Chino
California, at your earliest convenience.

Witness my hand and seal of said court

this ____25th____ day of ____February 1977____

DONALD D. SULLIVAN,
_____ Clerk,

by ___V. P. Anello___ _~signature~_ Deputy

State of California,

County of ____Riverside____ } ss.

SEAL

I do hereby certify the foregoing to be a true and correct abstract of judgment duly
made and entered on the minutes of the Superior Court in the above entitled action as
provided by Penal Code Section 1213.

Attest my hand and seal of the said Superior Court this 25th day of February,
19 77.                                                    By _~signature~_

DONALD D. SULLIVAN                          V. P. Anello, Deputy

County Clerk and Ex-Officio Clerk of the Superior Court of California in and for the County of __
Riverside

The Honorable ___JOHN H. HEWS___

Judge of the Superior Court of the State of California, in and for the County of _____
Riverside

NOTE: If probation was granted in any sentence,   hich abstract of judgment is certified, attach
a minute order reciting the fact and imposing sen     r ordering a suspended sentence into effect.

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

| TITLE: PEOPLE vs ROBERT GEORGE COTE, JR. | DATE & DEPT. 2-24-77    8 | NUMBER: CR 14102 |
|---|---|---|
| COUNSEL: District Attorney    Public Defender By: J. Hanks, Deputy  By: J. Earley, Deputy | REPORTER: T. Nolan | |

PROCEEDING: Sect. 187 PC (1 Ct) - 13TH    DAY    COURT TRIAL (GUILT AND SANITY PHASES)

People represented as above and defendant (custody) present with counsel.

The court announces ruling.

The court finds beyond a reasonable doubt the homicide occurred during the commission of attempted rape and finds the defendant guilty as charged of the offense of murder beyond a reasonable doubt. The degree of the crime is fixed in the first degree. The court further finds by a preponderance of the evidence that the defendant was sane at the time of the commission of the offense.

Defendant waives referral to the Probation Officer for pre-sentence investigation and report and requests immediate sentencing.

Court explains rights to defendant and defendant knowingly waives those rights.

Defendant waives arraignment and states there is no legal cause why judgment should not now be pronounced.

Probation is denied and defendant is sentenced to state prison for the term prescribed by law. The sheriff of this county is directed to deliver the defendant to the Director of Corrections at California Institution for Men, Chino, California.

Court advises the defendant of his rights pursuant to California Rule of Court #250. Counsel for the defendant indicates to the court that he will file a Notice of Appeal this date.

The Probation Officer is directed to prepare a post-sentence report.

| | R/A | CAL. | ATTY(S). | Jail&PO /Comm. |
|---|---|---|---|---|

HEWS _____ , Judge

Edwards _____ , Clerk