# EXHIBIT E

CALIFORNIA STATE PRISON - SOLANO
Vacaville, California

PSYCHOSOCIAL EVALUATION
FOR THE BOARD OF PRISON TERMS
September 1999 calendar  Subsequent # 9

NAME: Cote, Robert
CDC#: B-81066
Date of Evaluation: August 31, 1999

The following is approximately the 9th subsequent evaluation for the Board of Prison Terms on inmate, Robert Cote CDC# B 81066. Mr. Cote was interviewed on August 31, 1999 for approximately 45 minutes. His central file and medical record were reviewed for this report.

IDENTIFYING INFORMATION

Mr. Cote was born on November 17, 1956. He is now 42 and was 19 at the time of the crime. He is about 5'8" in height and weighs approximately 210 pounds.

REVIEW OF LIFE CRIME

Mr. Cote was found guilty by a jury trial of first degree murder committed on September 17, 1976, 23 years ago when he was 19. According to the POR he raped a woman and then beat her so severely that she died. In his interview Mr. Cote admitted that on the day of the crime he was very intoxicated on alcohol and heroin and wanted to "shoot some speed to counter the alcohol." He continued, "We went to get some heroin. I went with someone. I ended up beating him to death. Later I find out it was a woman. I was that intoxicated. It's kind of a blur. There are lots of unexplained incidents that night. I try to run it through my head every day." This is a verbatim quotation from the interview. It is similar to his account of the crime as given by himself in an evaluation dated 1/12/77.

In his Category X evaluation he provided a slightly different version of the crime. The Category X Correctional Counselor II wrote (pg 3, 3/92), "When asked why he has provided so many conflicting versions of the offense to previous interviewers, he responded, "That's on them," implying that he has been misquoted in the past." In the interview for the Category X evaluation he admitted striking the woman so that she dropped to the ground and suffocated in her own blood. He offered a similar story to the psychologist in the Category X program as summarized on pg. 3 of the Psychological Report from the Category X program (3/92).

He said that he was not institutionalized and really wanted to get out of prison. He said, "If I didn't care I wouldn't be trying so hard to get out of here. I wouldn't care. I do care. My goal when I get out...I want to go to schools and talk to kids about drugs and staying out of gangs. I

Cotes, Robert CDC # B-81066 BPT Report 8/31/99 Page 1

COPY SENT TO 11/22/99
INMATE:

want to put back in because I took some away." He reported that at the time of his arrest he felt very guilty and made a suicide attempt while in the county jail.

He said he once spent time in juvenile hall at the age of 17 "for traffic violations." As an adult he has a prior arrest for burglary from 11/75.

In the CDC he acquired over thirty 115's from 1979 to the present. His last 115 was given in May 1997 for organizing "skin heads" in Yard A at CTF-North. He denied membership in a gang. Mr. Cote stated, "I keep my hair short. I'm bald on top. So if I associate with the kids, I'm a skinhead. At Soledad if you look the part you are the part. I hang with the same people here. No 115's. No gang affiliation. No disruptive people." Mr. Cote commented further that he tries to "help out" the younger guys and tells them not to affiliate with gangs. He said he has kept people from becoming skinheads. In March 1999 he was stabbed by another inmate and was not given a 115 since he was clearly the victim of the attack. He said he has been through some bad situations and would not join the Nazi Low Riders at CSP-Solano. "They get mad," he said. He commented that he lived in the dorms in the past but was now in a cell. He said, "I have an attitude problem with people yelling in my ear. It's hard for a lifer trying to do good. The Board wants you to stay clean but the CDC puts you in the environment."

## DEVELOPMENTAL HISTORY

Mr. Cote denied any problems with childhood physical development: he apparently had a normal birth and walked and talked at age appropriate times. He stated that his father "cuddled with me at night" at about age 10 when his father took him to Arizona. He said his father touched his penis in bed and then he, Mr. Cote, never slept in the same bed with his father again. He did admit in previous evaluations that he was the subject of severe beatings by his father who was an alcoholic and physically abusive. He said, "My dad never tried to understand me. He beat me and mom and my brothers and sisters. Dad was a real work of art." He denied any history arson or cruelty to animals.

## EDUCATION

At one point it was thought that Mr. Cote had a lower IQ and possibly some retardation. However, this has been shown to not be the case and may well have been the effects of substance abuse on his cognitive functioning from which he is finally recovered. His IQ was tested at 91, which is within the normal range, in 12/89. Furthermore his last TABE in 2/98 earned a total of 12.6 grade average. He quit high school in 10th grade. He said that he has finished his GED but that the paper work was lost. He currently is reading a course book in the study of rhetoric. He also reads about metallurgy for his training in welding.

## FAMILY HISTORY

Mr. Cote was born in Connecticut. He was the third of seven children. His eldest sister has died of cancer. He has a brother in a wheelchair who suffers from a pituitary problem. He said his mother

has a seizure disorder and that he had seizures himself, although the last one was over four years ago now. The family moved from Connecticut to Southern California in about 1963 when he was 6 or 7. His mother still lives in Riverside, CA but is in poor health. He is in touch with her by phone and writing. His father and mother divorced when he was about 12 or 13. His father was killed by a drunk driver on 2/8/83. Mr. Cote said that "I went my own way" since about age 12. Mr. Cote reported a good relationship with his mother and hopes to live with her when paroled.

## PSYCHOSEXUAL DEVELOPMENT AND MARITAL HISTORY

As indicated above, Mr. Cote said that his father molested him when he was a pre-teen. Mr. Cote himself became sexually active in the 7th grade. He was involved with a 16 year old girl at the time of this crime when he was 19. She was pregnant and eventually gave birth to a son, now about 23. Mr. Cote has never married. He considers himself as heterosexual in orientation.

## MILITARY HISTORY

Mr. Cote served in the military for a few months. From a review of older records and interviews it appears that he was expelled from the military for fighting with a sergeant. He joined the military under apparent pressure from a juvenile judge at age 17 when faced with the choice of the military or jail time.

## EMPLOYMENT / INCOME HISTORY

Mr. Cote was arrested at 19 and did not have a significant employment history prior to incarceration. In the CDC he currently serves as a TA in the vocational welding program and continues to advance in this job skill. He worked for a time in culinary and received positive work chronos. He completed a course in baking at CMC. He completed vocation shoe repair. He completed 17 moths of vocational carpentry at Soledad and vocational meat cutting while at Ione.

## SUBSTANCE ABUSE HISTORY

Mr. Cote has a long and significant drug and alcohol history. It appears that he began to smoke cigarettes and drink alcohol at about age 10 or 11. He also began to use marijuana about age 13 and began to use it almost daily from age 14, according to the POR. He tried codeine, LSD, PCP, "reds" and ""yellow jackets". He used heroin for a period of about six months prior to the time of the crime. He was a heavy amphetamine user from 1968 till the time of his arrest. He has been clean and sober for the past several years. He said he attends AA and NA. When asked what he had learned from the program he said, "I noticed that the alcohol and drug abuse got coupled with my violence. Once I stopped abusing I grew new brain cells I think. The drugs are no good."

## PSYCHIATRIC AND MEDICAL HISTORY

Mr. Cote is not currently involved in any treatment and does not meet the criterion of medical necessity for treatment within the institution. He does not appear to suffer from any Axis I

Cotes, Robert CDC # B-81066 BPT Report 8/31/99 Page 3

treatable mental disorder, like depression or anxiety. His diagnoses over time have focused mostly upon character pathology which has improved with maturation. Mr. Cote did participate in a number of self help and therapy groups In 1988 and 1989. Numerous chronos attested to participation in anger management classes, communication skills classes, rational behavior groups and substance abuse recovery groups. He also had individual therapy from 5/87/to 6/88 while at CMC-East.

He described himself as in variant moods, usually stable but sometimes "the time gets to me." He noted, "I'm not the boy I was when I came in." His memory appeared intact. He denied suicidal or homicidal feelings or ideation. He did not report any hallucinations. He was able to focus easily on the topics at hand and made easy person to person contact.

Diagnostic Impressions:

Axis I: 304.80 Polysubstance Dependence (In remission)

Axis II: 301.70 Antisocial Personality Disorder (improved with age)

Axis III: No current major medical issues. He has back pains. He has a history of seizure disorder, which may be related primarily to substance abuse although there is a history of it within his family. He is not now in treatment for a seizure disorder.

Axis IV: Minimal stress from prison life.

Axis V: Global Assessment of Functioning Scale: Currently, 75

The 1/12/77 interview reported several injuries: "He displayed scars on his head which he said resulted from his father's violence. At the age of 13 years, he state he required stitches after being hit by the father. Also, in 1972, while a passenger in a freeway accident, he was knocked out briefly but was able to leave the car by himself. Another time in a fight, he was struck on the head with a wine bottle resulting in a brief coma..." There do not appear to be any residual issues from the head trauma.

## PLANS IF GRANTED RELEASE / ASSESSMENT OF DANGEROUSNESS

Mr. Cote hopes to be released and live with his mother in Southern California. His level of dangerousness at the time of the instant offense was unpredictable. He had training in martial arts and had a serious substance abuse problem. In the years since that time he has continued on occasion to resort to violence within the prison to defend himself (e.g. fighting with inmate on 2/5/95). If parole were to be granted absolute abstinence from any substance abuse would be mandatory.

Cotes, Robert CDC # B-81066 BPT Report 8/31/99 Page 4

## CONCLUSIONS / RECOMMENDATIONS

Mr. Cote has matured over time. The prison has been the formative experience of all of his adult years, having now lived longer within prison than he did before the crime. There seems to be a relationship between the probable time of molest and physical abuse at the hand of his father and the onset of his serious substance abuse and propensity for fighting. This does not explain his behavior on the night of the crime, but may be key to his maintaining sobriety and self-control in the future. If additional therapy could be made available to him he could further resolve some of the conflicts that drove him as a youth. If he is able to maintain sobriety and remain free of fighting within the institution, he will have a chance at successful parole in the future. The gains made in behavior control are recent and need further establishment before a confident estimate can be made about changed behavior in the future. He does appear, however, to be making gains in the areas of responsibility and self - control.

*[signature]*

Robert E. Wagner Ph.D.
Clinical Psychologist
License: PSY12185