# EXHIBIT G

SUPERIOR COURT OF CALIFORNIA

COUNTY OF RIVERSIDE

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

NOV 1 4 2006

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF: | } CASE NO. RIC459415 |
| | } |
| ROBERT G. COTE | } ORDER RE: PETITION FOR WRIT |
| FOR A WRIT OF HABEAS CORPUS. | } OF HABEAS CORPUS |

After reading and considering the Petition for Writ of Habeas Corpus, it is the decision of the court that the Petition is Denied.

Dated: 11/14/06

Gary B. Tranbarger
Judge of the Superior Court
County of Riverside

1

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached is certified to be a full, true and correct copy of the original on file and of record in my office.

Superior Court of California
County of Riverside
José Octavio Guillén, Clerk

By _____Carla Mitchell_____
         DEPUTY

Dated: 11/14/07

Certification must be in red to be a
"CERTIFIED COPY"

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
[ ] 4100 Main Street, Riverside, CA 92501
[ ] 4050 Main Street, Riverside, CA 92501
[ ] 4175 Main Street, Riverside, CA 92501
[ ] 880 N. State Street, Hemet, CA 92543
[ ] 41002 County Center Dr. #100 Temecula, CA 92591
[ ] 155 E. Hays Street, Banning, CA 92220
[ ] 505 S. Buena Vista Ave., Corona, CA 91720
[ ] 13800 Heacock #D201, Moreno Valley, CA 92553

CLERKS CERTIFICATE OF MAILING

APPELLANT:    ROBERT G COTE
       VS.
RESPONDENT:   SAN QUINTIN STATE PRISON
                    Case No. RIC459415

TO:

I, clerk of the above entitled court, do hereby certify I am not a party to the within action or proceeding; that on the date below indicated, I served a copy of the attached RE: PETITION FOR WRIT OF HABEAS depositing said copy enclosed in a sealed envelope with postage thereon fully prepaid in the mail at Riverside, California addressed as above.

CLERK OF THE COURT

C. Mitchell

Dated:    11/18/06         By:_____
                              CARLA A MITCHELL

Notice 'CCM' has been printed for the following Attorneys/Firms or Parties for Case Number RIC459415 on 11/18/06:

ROBERT G COTE
B81066 / 14N83L
SAN QUINTIN, CA 94974