# EXHIBIT I

COURT OF APPEAL -- STATE OF CALIFORNIA
FOURTH DISTRICT
DIVISION TWO

## ORDER



FILED
FEB - 1 2007
COURT OF APPEAL FOURTH DISTRICT

In re

ROBERT G. COTÉ

on Habeas Corpus.

E042189

(Super.Ct.Nos. CR14102 & RIC459415)

The County of Riverside

THE COURT

The petition for writ of habeas corpus is DENIED.

_____
Acting P. J.

cc: See attached list

MAILING LIST FOR CASE: E042189

San Quentin State Prison
Robert G. Cote
CDC # B81066, 4N83L
San Quentin CA 94974

District Attorney
Riverside County
4075 Main St.
Riverside CA 92501

Office of the State Attorney General
P. O. Box 85266
San Diego CA 92186 5266

Superior Court Clerk
Riverside County
P. O. Box 431 - Appeals
Riverside CA 92502