# EXHIBIT K

Court of Appeal, Fourth Appellate District, Div. 2 - No. E042189
S150095

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re ROBERT G. COTE on Habeas Corpus



The petition for review DENIED.

SUPREME COURT
FILED

MAR 1 4 2007

Frederick K. Ohlrich Clerk

_____
Deputy

_____
GEORGE
Chief Justice